

FILED
CLERK, U.S. DISTRICT COURT
AUG 3 0 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:21-CR-00148 DOC |
| DAVID JAMES ANGEL, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __the Court_____, IT IS ORDERED that a detention hearing is set for __August 31, 2021_____, _____, at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __August 30, 2021_____        __Douglas F. McCormick_____
U.S. D̶i̶s̶t̶r̶i̶c̶t̶ ̶J̶u̶d̶g̶e̶/Magistrate Judge